| Fill in this information to identify your case: |  |  |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| DISTRICT OF CONNECTICUT | | |
| Case number *(if known)*  **19-51065** | Chapter | **11** |

■ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Latex Foam International Holdings, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-0938467** |
| 4. | **Debtor's address** | **Principal place of business**  **510 River Road**  **Shelton, CT 06484**  Number, Street, City, State & ZIP Code  **Fairfield**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: |

Debtor  **Latex Foam International Holdings, Inc.**    Case number (*if known*)  **19-51065**
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **3371**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

District  **District of Connecticut**  When  **5/30/14**  Case number  **14-50847**
District  _____  When  _____  Case number  _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**  Relationship  _____
District  _____  When  _____  Case number, if known  _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Latex Foam International Holdings, Inc.**                                             Case number (*if known*)  **19-51065**
      Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?**  _____
          Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Latex Foam International Holdings, Inc.**                                          Case number (*if known*)  **19-51065**
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  6, 2019**
             MM / DD / YYYY

**X** **/s/ Steve Turner**                                    **Steve Turner**
Signature of authorized representative of debtor              Printed name

Title   **CFO**

**18. Signature of attorney**

**X** **/s/ Patrick Linsey**                                  Date  **September  6, 2019**
Signature of attorney for debtor                                     MM / DD / YYYY

**Patrick Linsey ct29437**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone  **(203) 368-4234**       Email address  **plinsey@zeislaw.com**

**ct29437 CT**
Bar number and State

Debtor **Latex Foam International Holdings, Inc.**  Case number (*if known*) **19-51065**
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF CONNECTICUT

Case number (*if known*)  **19-51065**          Chapter  **11**

■ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Latex Foam Assets Acquisition, LLC** | | | Relationship to you | **Affiliate** |
| District | **District of Connecticut** | When | **8/08/19** | Case number, if known | **19-51066** |
| Debtor | **Latex Foam International, LLC** | | | Relationship to you | **Affiliate** |
| District | **District of Connecticut** | When | **8/08/19** | Case number, if known | **19-51064** |
| Debtor | **PLB Holdings, LLC** | | | Relationship to you | **Affiliate** |
| District | **District of Connecticut** | When | **8/08/19** | Case number, if known | **19-50168** |
| Debtor | **Purelatex Bliss, LLC** | | | Relationship to you | **Affiliate** |
| District | **District of Connecticut** | When | **8/08/19** | Case number, if known | **19-51067** |

**Fill in this information to identify the case:**

Debtor name: **Latex Foam International Holdings, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known): **19-51065**

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*  **Statement of Financial Affairs**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 6, 2019**       X **/s/ Steve Turner**
Signature of individual signing on behalf of debtor

**Steve Turner**
Printed name

**CFO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Latex Foam International Holdings, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **19-51065** |

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Latex Foam International Holdings, Inc. | Case number (if known) | 19-51065 |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

Debtor **Latex Foam International Holdings, Inc.**  Case number *(if known)* **19-51065**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor  **Latex Foam International Holdings, Inc.**                                      Case number *(if known)* **19-51065**

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

Debtor **Latex Foam International Holdings, Inc.**                                   Case number *(if known)* **19-51065**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| 25.1.  **PLB Holdings, LLC**<br>**510 River Road**<br>**Shelton, CT 06484** | | EIN:       27-2041668<br><br>From-To |
| 25.2.  **Dunlop Latex Foam Malaysia SDN BHD** | | EIN:<br><br>From-To |
| 25.3.  **Latex Foam International, LLC**<br>**510 River Road**<br>**Shelton, CT 06484** | | EIN:       58-2469207<br><br>From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **CohnReznick, LLP**<br>**350 Church Street**<br>**Hartford, CT 06103** | **2010 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor **Latex Foam International Holdings, Inc.**    Case number *(if known)* **19-51065**

☐ None

| | **Name and address** |
|---|---|
| 26d.1. | **Entrepreneur Growth Capital**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**505 Park Avenue, 6th Floor**<br>**New York, NY 10022** |
| 26d.2. | **CohnReznick, LLP**<br>**350 Church Street**<br>**Hartford, CT 06103** |
| 26d.3. | **KORE INSURANCE HOLDINGS LLC**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**354 Eisenhower Pkwy**<br>**Plaza 1**<br>**Livingston, NJ 07039** |
| 26d.4. | **Cedarwood Group LLC**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**445 Park Avenue**<br>**New York, NY 10022** |
| 26d.5. | **RSM US LLP**<br>**Attn: Pres, GP or Mang Membr**<br>**5155 Paysphere Circle**<br>**Chicago, IL 60674** |
| 26d.6. | **BASF Corporation**<br>**Attn: Pres, GP or Mang Membr**<br>**P.O. Box 360941**<br>**Pittsburgh, PA 15251-6941** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | **Marc Navarre** | **510 River Road**<br>**Shelton, CT 06484** | **President/CEO** | **0** |

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | **Steve Turner** | **501 River Road**<br>**Shelton, CT 06484** | **CFO** | **0** |

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | **See attached re: Board of Directors** | | | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   **Latex Foam International Holdings, Inc.**                                      Case number *(if known)*  **19-51065**

- ☐ No
- ☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James McTevia** | **c/o James McTevia Consulting 2401 PGA Boulevard, Ste. 196 Palm Beach Gardens, FL 33410** | **Director** | **1/2016-7/11/19** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached re: Board of Directors Comp** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Latex Foam International Holdings, Inc.** | EIN:    **06-0938467** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor  **Latex Foam International Holdings, Inc.**                                    Case number *(if known)* **19-51065**

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 6, 2019**

**/s/ Steve Turner**                                                    **Steve Turner**
Signature of individual signing on behalf of the debtor                  Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

## LATEX FOAM INT'L HOLDINGS, INC. BOARD OF DIRECTORS AND 1 YR PREPETITION FEES

| Director | Address | Description | Amount | |
|---|---|---|---|---|
| James McTevia | McTevia and Associates, LLC –Trustee, 30150 Telegraph Road – Suite 155, Bingham Farms, MI 48025 | | | |
| | 5.16.19 | Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 3.28.19 | Board Meeting Fee 3.28 | $ 5,000.00 | |
| | 3.25.19 | Second Quarter 2019 Annual Director Fee | $ 8,750.00 | |
| | 1.31.19 | Board Meeting 1.29.19-1.31.19 | $ 5,000.00 | |
| | 1.3.19 | First Quarter 2019 Annual Director Fee | $ 8,750.00 | |
| | 12.7.18 | Board Meeting Fee 12.7.18 | $ 5,000.00 | |
| | 10.1.18 | Director's Annual Retainer 3 of 3 | $ 3,750.00 | |
| | 9.25.18 | Board Meeting Fee 9.25 | $ 5,000.00 | |
| | 8.17.18 | Board Meeting Fee 8.17 | $ 5,000.00 | |
| David O'Halloran | c/o SBN IV LFI LLC, 1700 Lincoln St. Suite 2150, Denver, CO 80203 | | | |
| | 7.19.19 | Director's Board Meeting Fee 7.18 | $ 5,000.00 | incurred but not paid |
| | 7.1.19 | Director's Annual Retainer (3 of 4) | $ 8,750.00 | incurred but not paid |
| | 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 4.1.19 | Director's Annual Retainer 2 of 4 | $ 8,750.00 | |
| | 3.29.19 | Director's Board Meeting Fee 3.29 | $ 5,000.00 | |
| | 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| | 1.3.19 | Director's Annual Retainer 2 of 4 | $ 8,750.00 | |
| | 12.12.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| | 12.5.18 | Special Board Meeting Fee | $ 2,500.00 | |
| | 10.1.18 | Director's Annual Retainer 3 of 3 | $ 3,750.00 | |
| | 9.26.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |
| | 8.20.18 | Director's Board Meeting Fee 8.17 | $ 5,000.00 | |
| John Pouschine | c/o Pouschine Cook Capital Management LLC, 410 Park Ave, Suite 1710, New York, NY 10022 | | | |
| | 7.19.19 | Director's Board Meeting Fee 7.18.19 | $ 5,000.00 | incurred but not paid |
| | 7.1.19 | Director's Annual Retainer (3 of 4) | $ 8,750.00 | incurred but not paid |
| | 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 4.1.19 | Director's Annual Retainer 2 of 4 | $ 8,750.00 | |
| | 3.29.19 | Director's Board Meeting Fee 3.28 | $ 5,000.00 | |
| | 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| | 1.30.19 | Special Board Meeting Fee (Mktg Mtg) 11.29.18 | $ 2,500.00 | |
| | 1.2.19 | Director's Annual Retainer 1 of 4 | $ 8,750.00 | |
| | 12.14.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| | 10.2.18 | Director's Annual Retainer 3 of 3 | $ 3,750.00 | |
| | 9.28.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |
| | 8.31.18 | Director's Board Meeting Fee 8.17 | $ 5,000.00 | |
| Lynn Clarke | c/o Olive Brands Holdings, 15 E Putnam Ave, Ste 115, Greenwich, CT 06830 | | | |
| | 7.19.19 | Director's Board Meeting Fee 7.18.19 | $ 5,000.00 | incurred but not paid |
| | 7.1.19 | COB Annual Retainer (3 of 4) | $ 12,500.00 | incurred but not paid |
| | 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 4.1.19 | COB Annual Retainer (2 of 4) | $ 12,500.00 | |
| | 3.29.19 | Director's Board Meeting Fee 3.28 | $ 5,000.00 | |
| | 3.29.19 | Marketing Committee Meeting Fee 2.21 | $ 2,500.00 | |
| | 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| | 1.2.19 | COB Annual Retainer (1 of 4) | $ 12,500.00 | |
| | 12.14.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| | 12.5.18 | Special Board Meeting Fee ( Mrkg Mtg) 11.29 | $ 2,500.00 | |
| | 11.23.18 | Pre-Board Meeting Fee 11.20.18 | $ 2,500.00 | |
| | 10.1.18 | COB Annual Retainer adj (3of 3) | $ 6,250.00 | |
| | 9.26.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |
| | 8.20.18 | Director's Board Meeting Fee 8.17 | $ 5,000.00 | |
| | 8.16.18 | Pre-Board Meeting Fee 8.10.18 | $ 2,500.00 | |
| Lori Marcus | c/o Courtyard Connections, LLC, 17 Village Drive, New Canaan, CT 06840 | | | |
| | 7.19.19 | Director's Board Meeting Fee 7.18.19 | $ 5,000.00 | incurred but not paid |
| | 7.1.19 | Director's Annual Retainer (3 of 4) | $ 8,750.00 | incurred but not paid |
| | 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 4.1.19 | Director's Annual Retainer (2 of 4) | $ 8,750.00 | |
| | 3.29.19 | Director's Board Meeting Fee 3.28 | $ 5,000.00 | |
| | 3.29.19 | Marketing Committee Meeting Fee 2.21 | $ 2,500.00 | |
| | 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| | 1.2.19 | Director's Annual Retainer (1of 4) | $ 8,750.00 | |
| | 12.12.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| | 12.5.18 | Special Board Meeting Fee (Mktg-Mtg) 11.29 | $ 2,500.00 | |
| | 10.1.18 | Director's Annual Retainer adj (3 of 3) | $ 3,750.00 | |
| | 9.26.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |

|                  |          |                                              |    |          |                        |
|------------------|----------|----------------------------------------------|----|----------|------------------------|
|                  | 8.20.18  | Director's Board Meeting Fee 8.17            | $  | 5,000.00 |                        |
| **Alexandra Wilson** | 920 Park Ave, Apt 3D, New York, NY 10028 |                          |    |          |                        |
|                  | 7.19.19  | Director's Board Meeting Fee 7.18.19         | $  | 5,000.00 | *incurred but not paid* |
|                  | 7.1.19   | Director's Annual Retainer (3 of 4)          | $  | 8,750.00 | *incurred but not paid* |
|                  | 5.17.19  | Director's Board Meeting Fee 5.16            | $  | 5,000.00 |                        |
|                  | 4.1.19   | Director's Annual Retainer (2 of  4)         | $  | 8,750.00 |                        |
|                  | 3.29.19  | Director's Board Meeting Fee 3.28            | $  | 5,000.00 |                        |
|                  | 3.29.19  | Marketing Committee Meeting Fee 2.21         | $  | 2,500.00 |                        |
|                  | 2.5.19   | Director's Board Meeting Fee 1.30.19         | $  | 5,000.00 |                        |
|                  | 1.2.19   | Director's Annual Retainer (1of 4)           | $  | 8,750.00 |                        |
|                  | 12.12.18 | Director's Board Meeting Fee 12.7            | $  | 5,000.00 |                        |
|                  | 12.5.18  | Special Board Meeting Fee (Mktg-Mtg) 11.29   | $  | 2,500.00 |                        |
|                  | 10.1.18  | Director's Annual Retainer adj (3 of 3)      | $  | 3,750.00 |                        |
|                  | 9.26.18  | Director's Board Meeting Fee 9.25            | $  | 5,000.00 |                        |
|                  | 8.20.18  | Director's Board Meeting Fee 8.17            | $  | 5,000.00 |                        |

**Marc Navarre**

Note: Director compensation was Latex Foam International Holdings, Inc. obligation, paid by Latex Foam International, LLC.
Note: James McTevia resigned from Board of Directors after May 2019.
Note: David O'Halloran director compensation was paid to SBN IV LFI LLC.
Note: Marc Navarre is President/CEO of debtors and did not receive additional compensation for Board Service.